ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY s̲h̲y̲              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY s̲h̲y̲              DEPUTY

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARCUS PARKER,                         )    Case No.  CV 13-03315 CJC (AN)
               Petitioner,             )
                                       )
       v.                              )    JUDGMENT
                                       )
P. D. BRAZELTON,                       )
               Respondent.             )
_____)

       IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

reasons set forth in the Magistrate Judge's Report and Recommendation.


Dated: December 2, 2013            _____
                                         CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE